**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03175-CMA-KMT

CHRISTOPHER ROTHE, and
RAYMOND MICKELIC,

    Plaintiffs,

v.

RONALD C. SLOAN, in his official capacity as director of the Colorado Bureau of Investigation,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion to Dismiss of Judge Christine M. Arguello entered on May 29, 2015 it is

ORDERED judgment is entered in favor of Defendant Ronald C. Sloan, in his official capaicy as Director of the Colorado Bureau of Investigations and against Defendants Christopher Rothe and Raymond Mickelic.  It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE in its entirety, each party to pay its own costs.

    Dated at Denver, Colorado this 29th day of May, 2015.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

            By: s/   v. Barnes
                        v. Barnes
                        Deputy Clerk